# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE'S MINI MART, et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:19-cv-00887-EPG <br><br> ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> (ECF No. 21) |

Plaintiffs, Lee's Mini Mart, Jagit Dhillon, Lovejot Singh, Laura Jean Singh, and Satwinder Kaur, and Defendant, United States of America, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 21). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). All dates and deadlines are vacated. Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __December 4, 2020__           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE